**Order entered May 26, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00334-CV

### THIRD EYE, INC., Appellant

### V.

### UST GLOBAL INC., Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-02821**

## ORDER

As directed by this Court, appellant has provided written verification of request and payment for the reporter's record. Accordingly, we **ORDER** Terri Etekochay, Official Court Reporter for the 101st Judicial District Court, to file the reporter's record on or before **June 23, 2022**. We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Etekochay and all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE